IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
AUSTIN DIVISION

2003 JN 18 PM 4: 30

WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE

BY:_____
DEPUTY

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § |
| Plaintiff, | § |
| | § Civil Action No. A-02-CA-620-SS |
| v. | § |
| | § |
| NBC MANAGEMENT, INC., | § |
| | § |
| Defendant. | § |

**FINAL JUDGMENT ORDER ENTERING CONSENT DECREE**

On this day came on to be heard the parties' Joint Motion to Enter Consent Decree. After reviewing the Consent Decree, the Court finds that all issues in the Complaint have been disposed of, that the parties are in agreement, and that the Consent Decree should be entered.

It is therefore ordered that the Consent Decree is hereby entered. The Court shall retain jurisdiction to enforce the terms and conditions as set forth in the Consent Decree, which is attached to the parties' Joint Motion to Enter Consent Decree.

Signed this 18th day of June ,2003.

Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE



